**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY FREEMAN, on behalf of himself, all other similarly situated,

        Plaintiff,

vs.

SPECIALTY RETAILERS, INC., *et al.*,

        Defendants.

Case No. 2:14-cv-00664-APG-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed April 30, 2014. On July 21, 2014, the Court denied Defendants' Motion to Stay and ordered the parties to submit a discovery plan (#36). To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 21, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 11th day of August, 2014.

                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge